UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-20697-GAYLES

**JERICH USA, INC.,**
        **Plaintiff,**

v.

**ACE TRANSPORT MIAMI, LLC,**
        **Defendant.**
_____/

**JOINT NOTICE REGARDING SETTLEMENT CONFERENCE**

Pursuant to Magistrate Judge Fleisher Louis's November 13, 2024 Order (Dkt. 29), Plaintiff Jerich USA, Inc. ("Plaintiff") and Defendant Ace Transport Miami, LLC ("Defendant") submit the following available dates for a Settlement Conference:

May 20, 21, 22 or 23, 2025.

The parties' Amended Joint Scheduling Report had requested a possible settlement conference with the Magistrate Judge.

Respectfully submitted,

| | |
|---|---|
| **By:**    /s/H. Alan Rothenbuecher | /s/ By Consent |
| H. Alan Rothenbuecher (FBN 0846244) | Michael Cosculluela (FBN 189480) |
| Eric L. Zalud *(admitted pro hac vice)* | 14261 Commerce Way, Suite 205 |
| Clare R. Taft *(admitted pro hac vice)* | Miami Lakes, Florida 33016 |
| **BENESCH, FRIEDLANDER,** | Telephone: 305.828.1909 |
|     **COPLAN & ARONOFF LLP** | Facsimile 305.503.6795 |
| 127 Public Square, Suite 4900 | mcosculluela@cmpalaw.com |
| Cleveland, Ohio 44114 | *Attorney for Defendant* |
| Telephone: 216.363.4500 | |
| Facsimile: 216.363.4588 | |
| arothenbuecher@beneschlaw.com | |
| ezalud@beneschlaw.com | |
| ctaft@beneschlaw.com | |
| *Attorneys for Plaintiff* | |

25205983 v1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on November 27, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ H. Alan Rothenbuecher
H. Alan Rothenbuecher (FL No. 0846244)
*One of the Attorneys for Plaintiff Jerich USA, Inc.*

25205983 v1