UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-20697-DPG

JERICH USA, INC.

    Plaintiff,

v.

ACE TRANSPORT MIAMI, LLC,

    Defendant.
_____/

## SETTLEMENT CONFERENCE ORDER

The undersigned United States Magistrate Judge will conduct a Settlement Conference in this case on **Friday, January 10, 2025, at 9:00 A.M.**,[1] following a referral for that purpose by the Honorable Darrin P. Gayles (ECF No. 28).  In preparation for the Settlement Conference, it is hereby **ORDERED** as follows:

1. The Settlement Conference on **January 10, 2025 shall** be attended by **all** Parties, corporate representatives, and their counsel of record.  All persons named as individual parties shall be present and each entity shall have a party representative(s) present with full authority to bind the party up to and including the full amount claimed as damages plus any applicable attorney's fees and costs.

2. The Parties shall appear in person at the C. Clyde Atkins United States Courthouse, 11th Floor, 301 North Miami Avenue, Miami, Florida, 33128.

3. In the event that a monetary settlement would be payable from proceeds of an insurance policy, a claims professional/representative(s) from the Party's insurer with full and final authority to authorize payment to settle the matter up to the full limits of the Party's policy(s), shall be present.  Failure of a party representative with full and final authority to make and accept offers of settlement to attend this conference may result in the undersigned's *sua sponte* recommendation that sanctions be entered against the offending party.

---

[1] While the Parties have twice attempted to propose dates for the settlement conference, neither of the filed Notices included dates which complied with the deadline set forth in the District Court's Order. (ECF No. 28). To the extent that the Parties and their counsel are NOT available January 10, 2025, a Notice shall be filed within two (2) days of this Order advising the Court of such and proposing three (3) new dates occurring within sixty (60) days of November 13, 2024.

4. By no later than **January 8, 2025**, each side shall submit to chambers (louis@flsd.uscourts.gov) a confidential mediation statement. Counsel are expected to engage in at least one telephonic discussion on the subject of a potential settlement prior to submitting their respective mediation statements. The Court may contact lead counsel *ex parte* for a confidential summary of the case prior to the Settlement Conference.

5. The Parties shall take note that in civil actions the Court does not provide an interpreter for parties who do not speak English. In the event a party requires an interpreter, it shall be that party's burden to provide one. The Parties may not share an interpreter.

6. The conference shall be conducted without a court reporter and will not be tape-recorded. All representations and statements made at the conference shall remain confidential.

7. In the event this matter settles prior to the conference, the Parties shall immediately advise the undersigned's Chambers.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of December, 2024.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE